UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**   TRENTON                                   **DATE:**   JULY 7, 2020

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** CATHY FORD

**TITLE OF CASE:**                                       **DOCKET # 3:18-CR-585-01&03 (MAS)**
UNITED STATES OF AMERICA
           vs.
VICTOR SANTOS – 1
FAUSTO SIMOES – 3
      DEFENDANTS NOT PRESENT

**APPEARANCES:**
Charlie Leslie Divine, AUSA, Kevin V. DiGregory, AUSA and Vijay Dewan, AUSA for Government
Lawrence S. Lustberg, Esq., Kevin G. Walsh, Esq., Michael J. Lubben, Esq. and Genna A. Conti, Esq. for Defendant Victor Santos
John J. O'Reilly, Esq. and Courtney A. Johnson, Esq. for Defendant Fausto Simoes

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE
Telephone Conference held.
Trial scheduled for October 5, 2020 is adjourned without date.
The parties shall meet and confer regarding the exhibits and submit a proposed amended scheduling order by July 14, 2020.

Time Commenced: 11:02 AM
Time Adjourned:   11:18 AM
Total Time:            16 min

                                                              s/ Gina Hernandez-Buckley
                                                              **DEPUTY CLERK**